**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUOC XUONG LUU,<br><br>            Plaintiff,<br><br>    v.<br><br>WARDEN - WASCO STATE PRISON, et al.,<br><br>            Defendants. | Case No.: 1:25-cv-00354 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 13) |

Plaintiff seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge issued Findings and Recommendations, recommending this action be dismissed for Plaintiff's failure to keep the Court apprised of his current address, amounting to a failure to obey court orders and failure to prosecute. (Doc. 13.) The Court served the Findings and Recommendations on Plaintiff, informed him that he had 14 days to file objections, and warned him that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*. at 5-6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). No objections have been filed and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this

case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 17, 2026 (Doc. 13) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court orders and failure to prosecute.

3. The Clerk of the Court is directed to terminate any deadlines and to close this case.

IT IS SO ORDERED.

Dated:     **March 6, 2026**

_____
UNITED STATES DISTRICT JUDGE

2